# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-3752, 18-1253, 19-1129, 19-1189

Commonwealth of PA, et al. vs. President, United States of America, et al.

Calendar Date: 05/21/2019     Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: *[signature: Mark L. Rienzi]*

Designation of Arguing Counsel: Mark L. Rienzi

Member of the Bar: [✓] Yes   [ ] No

Representing (check only one):

[ ] Petitioner(s)   [✓] Appellant(s)   [ ] Intervenor(s)

[ ] Respondent(s)   [ ] Appellee(s)   [ ] Amicus Curiae

Please list the name of the lead party being represented:

**Little Sisters of the Poor**

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)